UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
(973) 739-9559
dmcgill@webbermcgill.com

*Proposed Attorneys for Debtor-in-Possession*

| | |
|---|---|
| In re:<br><br>RTM Logistics Solutions, LLC,<br><br>      Debtor-in-Possession. | Case No. 26-16581-VFP<br><br>Chapter 11<br>Subchapter V<br><br>Honorable Vincent F. Papalia |

Recommended Local Form:   ☒   Followed    ☐   Modified

## APPLICATION FOR RETENTION OF WEBBER MCGILL LLC AS ATTORNEY FOR DEBTOR-IN-POSSESSION, EFFECTIVE AS OF MARCH 11, 2026

1. The applicant, RTM Logistics Solutions, LLC (the "Debtor"), is the:

  ☐   Trustee:    ☐   Chap. 7    ☐   Chap. 11    ☐   Chap. 13

  ☒   Debtor:    ☒   Chap. 11    ☐   Chap. 13

  ☐   Official Committee of _____

  ☐   Other

2. The applicant seeks to retain the following professional, Webber McGill LLC ("Webber McGill"), effective as of June 11, 2026, to serve as:

  ☒   Attorneys for:   ☐   Trustee    ☒   Debtor-in-Possession

    ☐   Official Committee of _____

❐   Accountant for:   ❐   Trustee      ☒   Debtor-in-possession

    ❐   Official Committee of _____

❐   Other Professional:

❐   Realtor   ❐   Appraiser   ❐   Special Counsel

    ❐   Auctioneer ❐   Other (specify):  Unknown Claims Representative

3.   The employment of the professional is necessary because the Debtor requires an attorney to represent it in all matters in this case, including, without limitation, proposing and confirming a chapter 11 plan of reorganization.

4.   The professional has been selected because of its considerable experience in the fields of bankruptcy and general litigation.   The Debtor believes that Webber McGill is well qualified to provide legal services to it as it navigates its way through the reorganization process.

5.   The professional services to be rendered are as follows:

a.   advise the Debtor with respect to all matters in this case;

b.   assist and advise the Debtor with respect to proposing and confirming a chapter 11 plan of reorganization; and

c.   perform all other necessary legal services in this case as may be requested by the Debtor or otherwise required in this chapter 11 proceeding.

6.   The proposed arrangement for compensation is as follows:

Compensation on an hourly basis as approved by the Court upon the filing of fee applications and as more fully set forth in the Certification of Professional in Support of Application for Retention of Professional filed simultaneously herewith.

7.   To the best of the applicant's knowledge, other than as separately disclosed, the professional's connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, is as follows:

☒   None

☐    Describe connection:

9.      To the best of the applicant's knowledge, the professional (check all that apply):

☒    does not hold an adverse interest to the estate.

☒    does not represent an adverse interest to the estate.

☒    is a disinterested person under 11 U.S.C. § 101(14).

☐    does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐    Other; explain:

_____

_____

_____

10.      If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

_____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

RTM Logistics Solutions, LLC

By:  *Daniel Vogel*
_____
Daniel Vogel, Sole Member and Manager

June 17, 2026