UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
(973) 739-9559
dmcgill@webbermcgill.com

*Proposed Attorneys for Debtor-in-Possession*

| | |
|---|---|
| In re:<br><br>RTM Logistics Solutions, LLC,<br><br>      Debtor-in-Possession. | Case No. 26-16581-VFP<br><br>Chapter 11<br>Subchapter V<br><br>Honorable Vincent F. Papalia |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form: | ☒ | Followed | ☐ | Modified |

### CERTIFICATION OF DOUGLAS J. MCGILL, ESQ. IN SUPPORT OF APPLICATION FOR RETENTION OF WEBBER MCGILL LLC AS ATTORNEYS FOR DEBTOR-IN-POSSESSION

I, Douglas J. McGill, Esq., being of full age, hereby certify as follows:

1. I am a member of Webber McGill LLC ("Webber McGill"), which is seeking authorization to be retained as attorneys for RTM Logistics Solutions, LLC, the debtor and debtor-in-possession in this case.

2. My professional credentials include:

I am an attorney at law licensed to practice in the States of New Jersey and New York, and the Commonwealth of Pennsylvania. I am also admitted to practice before the United States District Courts for the District of New Jersey, the Eastern, Western, Southern and Northern Districts of New York, and the Eastern District of Pennsylvania. I have practiced bankruptcy law since graduating from law school

in 1991.  I spent three (3) years serving as law clerk to the Hon. Stephen D. Gerling, United States Bankruptcy Judge for the Northern District of New York, from 1991-1993, and again from 1997-1998.  James K. Webber, Esq. and Craig Davis, Esq. of Webber McGill each clerked for an associate justice of the Supreme Court of New Jersey.

2.    Webber McGill LLC's proposed hourly compensation rates range from $450 to $625 for attorney time, and $150 for paralegal time.  My hourly rate is currently $625.  Webber McGill reserves the right to adjust its hourly rates in the ordinary course of its business and to seek reimbursement for expenses and disbursements.

3.    Webber McGill received a retainer of $20,000 prior to filing of this case.  Webber McGill billed the Debtor $4,675.50, leaving a balance of $15,324.50 held on retainer to be applied against allowed fees and expenses in this case.

4.    To the best of my knowledge, after reasonable and diligent investigation, Webber McGill's connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, other than as disclosed above, is as follows:

☒    None

☐    Describe Connection:

6.    To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒    do not hold an adverse interest to the estate.

☒    do not represent an adverse interest to the estate.

☒    are disinterested under 11 U.S.C. § 101(14).

☐    do not represent or hold any interest adverse to the debtor or the estate with

2

respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

❑   Other.  Explain: _____

_____

_____

7.    If the professional is an auctioneer,

a.  A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

❑   Yes        ❑   No

b.  My qualifications and previous experience as an auctioneer include:

_____

_____

_____

c.  Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations?   ❑   Yes     ❑   No

If yes, explain:_____

8.    If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

_____

_____

_____

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  June 17, 2026                    */s/ Douglas J. McGill*
                                         Signature of Professional

                                         Douglas J. McGill
                                         Name of Professional

3