UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
(973) 739-9559
dmcgill@webbermcgill.com

*Proposed Attorneys for Debtor-in-Possession*

In re:

RTM Logistics Solutions, Inc.

                    Debtor-in-Possession.

**Order Filed on July 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 26-16581-VFP

Chapter 11
Subchapter V

Honorable Vincent F. Papalia

| Recommended Local Form: | ☒ Followed | ☐ Modified |
| --- | --- | --- |

**ORDER AUTHORIZING RETENTION OF
WEBBER MCGILL LLC AS ATTORNEYS FOR DEBTOR-IN-POSSESSION**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 13, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

In re.:        RTM Logistics Solutions, LLC
Case No.:      26-16581-VFP
Applicant:     RTM Logistics Solutions, LLC

Applicant:  RTM Logistics Solutions, LLC

    ☐  Trustee:  ☐  Chap. 7        ☐  Chap. 11        ☐  Chap. 13.

    ☒  Debtor:  ☒  Chap. 11        ☐  Chap. 13

    ☐  Official Committee of _____

Professional:  Webber McGill LLC

Address:       100 E. Hanover Avenue, Suite 401
               Cedar Knolls, New Jersey 07927

    ☒  Attorneys for:

        ☐  Trustee   ☒  Debtor-in-Possession

        ☐  Official Committee of _____

    ☐  Accountant for:

        ☐  Trustee   ☐  Debtor-in-Possession

        ☐  Official Committee of _____

    ☐  Other Professional:

        ☐  Realtor   ☐  Appraiser   ☐  Special Counsel  ☐  Auctioneer

        ☐  Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1.   The applicant, RTM Logistics Solutions, LLC, is authorized to retain the professional, Webber McGill LLC, to act as its attorneys, pursuant to 11 U.S.C. § 327(a), effective June 7, 2026.

2.   Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.